IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY ANN (SHAW) NAWROCKI,

                Plaintiff,

  v.                                                  ORDER

TARGET CORPORATION-STORES,                18-cv-50-jdp

                Defendant.

---

Plaintiff Mary Ann Nawrocki, appearing pro se, alleges that she was injured at her job at defendant Target Corporation, and that Target employees harassed and discriminated against her. She brings claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, and Wisconsin defamation law.

Nawrocki has filed a motion asking to be awarded workers compensation benefits, Dkt. 31, and she has renewed her motion to issue a subpoena to physical therapist James Marx, Dkt. 33. This court has no authority to award plaintiff workers compensation benefits, so I will deny her motion. She remains free to seek money damages for her alleged injuries, but as the case proceeds she will have to explain why she believes that she is entitled to the amount of damages she seeks.

I have already explained to plaintiff that she cannot subpoena Marx to demonstrate medical procedures. So I will deny her renewed motion. She can subpoena Marx for the purpose of obtaining documents or testimony from him as provided in Federal Rule of Civil Procedure 45. For now, Nawrocki has another task: Target has filed a motion to dismiss the case, Dkt. 27. Nawrocki should focus on responding to that motion. Should any of her claims survive the motion to dismiss, she should consider whether she wants to subpoena Marx under Rule 45.

ORDER

IT IS ORDERED that:

1. Plaintiff Mary Ann Nawrocki's motion to award workers compensation benefits, Dkt. 31, is DENIED.

2. Plaintiff's motion for subpoena, Dkt. 33, is DENIED.

Entered April 4, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge