IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY ANN (SHAW) NAWROCKI,,

    Plaintiff,

  v.

Case No. 18-cv-50-jdp

TARGET CORPORATION-STORES,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 01/08/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |