UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Mary Ann Nawrocki

       Plaintiff,

v.

Target

       Defendant.

NOTICE OF APPEAL

Case No. 18-cv-50-jdp

---

Notice is given that the plaintiff/defendant, __Mary Ann Nawrocki__, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on __01/08/2020__.

Dated and signed this __January__ day of __15__, __2020__.

__Madison__, Wisconsin.

_(Signature)_ Mary Anne Nawrocki

P.O. Box 250772

(Street Address)

Plano, TX, 75025

(City, State, Zip)